# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### DOCKET NO. 5:15-MJ-1763-1

|  |  |  |
|---|---|---|
| **United States Of America** | ) ) ) | **JUDGMENT** |
| **vs.** | ) ) | |
| **Kyle W. Tibbs** | ) | |

On November 5, 2015, Kyle W. Tibbs appeared before the Honorable Robert T. Numbers II, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Level 5- DWI was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on March 2, 2016, the court finds as a fact that Kyle W. Tibbs, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of March, 2016.

Kimberly A. Swank
U.S. Magistrate Judge